DIANA PALACIOS (State Bar No. 290923)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax:          (213) 633-6899
Email:       dianapalacios@dwt.com

Attorneys for Defendant
TRIPADVISOR LLC

IN THE UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE STEINMETZ, an Individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TRIP ADVISOR, LLC, a Massachusetts limited liability company; individually and doing business as TRIPADVISOR.COM; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-06789-MWF-KS<br><br>**ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Tripadvisor LLC ("Defendant") hereby responds to the Complaint of Plaintiff George Steinmetz ("Plaintiff"):

# INTRODUCTION

1. Steinmetz is a renowned professional photographer with a remarkable body of work, who has captured unique images of the world in locations inaccessible by traditional aircraft and most other modes of transportation. He has completed more than 40 major photo essays for National Geographic and 25 stories for GEO magazine in Germany, and has won numerous awards for photography during his 35-year career, including three prizes from World Press Photo. He is a regular contributor to the NY Times Magazine and has explored subjects ranging from the remotest stretches of Arabia's Empty Quarter to the largest coal mine in China.

**ANSWER:** Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

2. Steinmetz brings this claim to seek redress for the unauthorized and unlawful publishing and exploitation of his original photography. Defendant TRIPADVISOR, LLC unlawfully published and displayed Steinmetz's photography on its website at "tripadvisor.com". Steinmetz at no time sought to associate his work with Defendant or any of their affiliates.

**ANSWER:** Defendant admits Plaintiff brings claims against Defendant and other unnamed defendants, denies that it violated Plaintiff's rights or that Plaintiff is entitled to relief under any theory, and otherwise denies the remaining allegations.

3. This unauthorized usage constituted copyright infringement, amongst other things, as set forth below.

**ANSWER:** Plaintiff's allegations state a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the

ANSWER TO COMPLAINT        1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

allegations.

## JURISDICTION AND VENUE

4. This action arises under the Copyright Act of 1976, Title 17 U.S.C., §§ 101, *et seq*, and Cal. Civ. Code 3344(a).

**ANSWER:** Plaintiff's allegations state a legal conclusion to which no response is required. To the extent a response is required, Defendant admits that this action arises under the Copyright Act of 1976, Title 17 U.S.C., §§ 101, *et seq*. Defendant denies that it arises under Cal. Civ. Code 3344(a).

5. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

**ANSWER:** Defendant does not deny this Court has subject matter jurisdiction over the claims in this matter.

6. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**ANSWER:** Plaintiff's allegations state a legal conclusion to which no response is required. To the extent a response is required, Defendant does not dispute venue.

## PARTIES

7. Steinmetz is an individual residing in New Jersey, USA.

**ANSWER:** Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

8. Plaintiff is informed and believes and thereon alleges that Defendant

ANSWER TO COMPLAINT 2

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TRIPADVISOR, LLC is a Massachusetts limited liability company with its principal place of business located at 400 1st Avenue, Needham, MA 02494 and is doing business within the state of California.

**ANSWER:** Defendant admits that Tripadvisor LLC is a Massachusetts limited liability company with its principal place of business located in Massachusetts and conducts business in California.

9.  Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sue said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

**ANSWER:** Defendant denies the allegations that it has engaged in direct or indirect copyright infringement, or other wrongful practices. Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

10.  Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to

ANSWER TO COMPLAINT    3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1 | Plaintiff proximately caused thereby.

2 | **ANSWER:** Plaintiff's allegations state a legal conclusion to which no
3 | response is required. To the extent a response is required, Defendant lacks
4 | knowledge or information sufficient to form a belief as to the truth of the
5 | allegations, and therefore denies the allegations.

6 |
7 | **CLAIMS RELATED TO SUBJECT PHOTOGRAPHS**

8 | 11. Steinmetz created and owns all rights in original photographs of the
9 | New York City skyline, as well as landmarks in New Orleans, and watersports at
10 | issue in this case ("Subject Photographs"). The Subject Photographs are set forth in
11 | the table below.

12 | **ANSWER:** Defendant lacks knowledge or information sufficient to form a
13 | belief as to the truth of the allegations, and therefore denies the allegations.

14 |

15 | 12. The Subject Photographs were registered with the United States
16 | Copyright Office, with all formalities satisfied, and were issued Registration
17 | Numbers VAu 1-190-546, VAu 1-222-582, VAu 1-174-845.

18 | **ANSWER:** Defendant admits that Registration Number VAu 1-190-546 is
19 | for a photograph registered by Plaintiff on November 12, 2014; Registration
20 | Number VAu 1-222-582 is for a photograph registered by Plaintiff on September
21 | 11, 2015; and Registration Number VAu 1-174-845 is for a photograph registered
22 | by Plaintiff on May 23, 2014. Defendant otherwise lacks knowledge or information
23 | sufficient to form a belief as to the truth of the remaining allegations, and therefore
24 | denies them.

25 |

26 | 13. Plaintiff is informed and believes and thereon alleges that Defendants
27 | accessed the Subject Photographs and then exploited them without the authorization
28 | of Plaintiff. Defendants, and each of them, exploited the Subject Photographs by

ANSWER TO COMPLAINT

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

incorporating same into their website (collectively the "Accused Works"). A non-inclusive exemplar of the Accused Works is set forth below alongside the corresponding photographs. These exemplars are not meant to encompass all Accused Works; the claims made herein are as to any image displayed, published, licensed, distributed and/or sold by Defendants, and/or each of them, that incorporate without permission, in whole or in part the Subject Photographs. The Subject Photographs are referred to below.

**ANSWER:** Defendant denies the allegations that it improperly accessed or exploited Plaintiff's works. Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

14. A comparison of the Subject Photographs with the corresponding images of the Accused Works reveals that the elements, composition, colors, arrangement, subject, lighting, angle, and overall appearance of the images are identical or at least substantially similar.

**ANSWER:** Plaintiff's allegations state a legal conclusion to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

15. On information and belief, Plaintiff alleges that Defendants, along with DOE Defendants, were involved in creating and/or developing the Accused Works, and/or supplying, marketing distributing, selling, and otherwise providing the Accused Works to third parties, including without limitation, the public.

**ANSWER:** Defendant denies the allegations.

16. Plaintiff at no time authorized Defendants, or any of them, to use the

ANSWER TO COMPLAINT  5

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Subject Photographs as complained of herein.

**ANSWER:** Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement — Against all Defendants, and Each)

17. Steinmetz repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

**ANSWER:** Defendant incorporates and repeats as if fully set forth herein its responses to the allegations in paragraphs 1 through 16 of the Complaint.

18. Steinmetz is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Photographs, including, without limitation, through viewing the Subject Photographs in or on Steinmetz publications, profiles, exhibitions, websites and/or through other authorized channels, over the internet, including without limitation as accessed via a search engine, or through a third-party source. Access is also established by the striking similarity of the Subject Photographs and the photographs on the Accused Works.

**ANSWER:** Defendant denies the allegations that it improperly accessed Plaintiff's works. Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

19. Steinmetz is further informed and believes and thereon alleges that certain Defendants have an ongoing business relationship with one or more of the other Defendants, and that those parties conspired to traffic in the Accused Works.

**ANSWER:** Defendant denies the allegations.

ANSWER TO COMPLAINT    6

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

20. Defendants, and each of them, infringed Steinmetz's rights by copying the Subject Photographs, and distributing the Accused Works, without Steinmetz's authorization or consent.

**ANSWER:** Defendant denies the allegations.

21. Due to Defendants', and each of their, acts of infringement, Steinmetz has suffered actual, general, and special damages in an amount to be established at trial.

**ANSWER:** Defendant denies the allegations.

22. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Steinmetz's rights in the Subject Photographs. As such, Steinmetz is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of his rights in the Subject Photographs in an amount to be established at trial.

**ANSWER:** Defendant denies the allegations.

23. Steinmetz registered the Subject Photographs with the U.S. Copyright Office before the commission of the infringement at issue and on that basis seeks statutory damages in an amount up to $150,000.00 per photograph per the Copyright Act.

**ANSWER:** Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

24. Steinmetz is informed and believes and thereon alleges that Defendants, and each of their, conduct as alleged herein was willful, reckless,

ANSWER TO COMPLAINT   7

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

and/or with knowledge, subjecting Defendants, and each of them, to enhanced statutory damages, claims for costs and attorneys' fees, and/or a preclusion from deducting certain costs when calculating disgorgeable profits.

**ANSWER:** Defendant denies the allegations.

### SECOND CLAIM FOR RELIEF
### (For Vicarious and/or Contributory Copyright Infringement –
### Against all Defendants, and Each)

25. Steinmetz repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

**ANSWER:** Defendant incorporates and repeats as if fully set forth herein its responses to the allegations in paragraphs 1 through 24 of the Complaint.

26. Steinmetz is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and distribution of the Subject Photographs as alleged hereinabove. Defendants, and each of them, realized profits through their respective obtainment, sales and distribution of the Accused Works.

**ANSWER:** Defendant denies the allegations.

27. Steinmetz is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct. Specifically, each Defendant had the ability to oversee the development, publication, and distribution of the infringing imagery at issue. And, Defendants, and each of them, realized profits through their respective obtainment, marketing and distribution of

... 

the Accused Works.

**ANSWER:** Defendant denies the allegations.

28. By reason of Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Steinmetz has suffered and will continue to suffer substantial damages to his business in an amount to be established at trial, as well as additional actual, general, and special damages in an amount to be established at trial.

**ANSWER:** Defendant denies the allegations.

29. Steinmetz registered the Subject Photographs with the U.S. Copyright Office before the commission of the infringement at issue and on that basis seeks statutory damages in an amount up to $150,000.00 per photograph per the Copyright Act.

**ANSWER:** Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

30. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Steinmetz's rights in the Subject Photographs. As such, Steinmetz is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of his rights in the Subject Photographs, in an amount to be established at trial.

**ANSWER:** Defendant denies the allegations.

31. Steinmetz is informed and believes and thereon alleges that Defendants, and each of their, conduct as alleged herein was willful, reckless, and/or with knowledge, subjecting Defendants, and each of them, to enhanced

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

statutory damages, claims for costs and attorneys' fees, and/or a preclusion from deducting certain costs when calculating disgorgeable profits.

**ANSWER:** Defendant denies the allegations.

### THIRD CLAIM FOR RELIEF

**(For Violations of the 17 U.S.C. §1202 — Against all Defendants, and Each)**

32. Steinmetz repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs.

**ANSWER:** Defendant incorporates and repeats as if fully set forth herein its responses to the allegations in paragraphs 1 through 31 of the Complaint.

33. The Subject Photographs were routinely published with attribution, credit, and other copyright management information identifying Steinmetz as the author.

**ANSWER:** Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

34. Steinmetz alleges on information and belief that Defendants, and each of them, removed Plaintiff's copyright management information, as described above, from the Subject Photographs, and/or added false copyright management information to the Subject Photographs, before distributing and publishing same.

**ANSWER:** Defendant denies the allegations.

35. Steinmetz alleges on information and belief that Defendants, and each of them, distributed and published the Subject Photographs via its website, under its own name, and removing Plaintiffs attribution information, including without limitation his name and/or metadata.

**ANSWER:** Defendant denies the allegations.

ANSWER TO COMPLAINT    10

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

36. The aforementioned facts constitute "copyright management information" as that phrase is defined in 17 U.S.C. §1202(c) and is false.

**ANSWER:** Plaintiff's allegations state a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations.

37. When Defendants distributed and published the Subject Photographs, they knowingly provided and/or distributed false copyright management information in violation of 17 U.S.C. §1202(a). As a result of the foregoing, Plaintiff has been damaged and may recover those damages as well as Defendants' profits, and/or statutory damages, and attorneys' fees under 17 U.S.C. §1203.

**ANSWER:** Defendant denies the allegations.

## PRAYER FOR RELIEF

The allegations in the prayer do not require a response, but to the extent that it contains additional allegations, Tripadvisor LLC denies them and denies that Plaintiff has been harmed or that Plaintiff is entitled to any relief from Tripadvisor LLC.

## DEFENSES

Defendant alleges the following separate and additional defenses. By alleging these separate and additional defenses, Defendant is not in any way conceding that it bears the burden of proof or persuasion on any of these issues. Defendant reserves the right to supplement, amend, or modify these separate and additional defenses, as appropriate, based on information obtained during the course of this litigation.

//

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**First Additional Defense**

The Complaint and each of its causes of action fail to state a claim upon which relief can be granted.

**Second Additional Defense**

Plaintiff's claims are barred under the Digital Millennium Copyright Act, 17 U.S.C. § 512.

**Third Additional Defense**

Plaintiff's claims are barred by the lack of a valid and enforceable copyright registration for the work at issue in this proceeding.

**Fourth Additional Defense**

Plaintiff's claims are barred in whole or in part by the lack of any volitional conduct attributable to Defendant.

**Fifth Additional Defense**

Plaintiff's claims are barred by the doctrine of fair use, 17 U.S.C. § 107.

**Sixth Additional Defense**

Plaintiff's claims are barred by consent, acquiescence, and actual and/or implied license.

**Seventh Additional Defense**

Plaintiff's claims are barred by the doctrines of laches, waiver, and/or estoppel.

**Eighth Additional Defense**

Plaintiff has failed to mitigate his damages, if any.

**Ninth Additional Defense**

Plaintiff's damages, if any, are limited by the absence of any willful or intentional conduct by Defendant.

//
//
//

Defendant prays for relief as follows:

1. A judgment in favor of Defendant denying Plaintiff all relief requested in its Complaint in this action and dismissing Plaintiff's Complaint with prejudice;
2. That Defendant be awarded its costs of suit, including reasonable attorney's fees; and
3. That the Court award Defendant such other and further relief as the Court deems just and proper.

DATED: October 28, 2021

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Diana Palacios*
Diana Palacios

Attorneys for Defendant
TRIPADVISOR LLC

ANSWER TO COMPLAINT    13

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this matter.

By: */s/ Diana Palacios*
Diana Palacios

ANSWER TO COMPLAINT

14

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899